IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOFUL ELYARDO, | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-01089 |
| v. | : | |
| | : | (Judge Kane) |
| CRAIG LOWE, | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 30th day of June 2023, upon consideration of pro se Petitioner Loful Elyardo ("Petitioner")'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and observing that Petitioner has paid the requisite filing fee, **IT IS ORDERED THAT**:

1. Petitioner's § 2241 petition (Doc. No. 1) is **DEEMED FILED**;

2. The Court exercises its discretion under Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254, to apply those rules to this § 2241 petition;

3. The Clerk of Court is directed to serve a copy of the petition (Doc. No. 1) and this Order on Respondent and the United States Attorney and to note the address of the United States Attorney on the front of the docket sheet in this case. All documents filed by the parties and by the Court shall be served upon the United States Attorney. See Rule 5, 28 U.S.C. foll. § 2254;

4. Within **twenty (20) days** of the date of this Order, Respondent shall file an answer, motion, or other response to the allegations of the petition. See Rule 5, 28 U.S.C. foll. § 2254;

5. Petitioner shall, if he so desires, file a reply to Respondent's answer or other pleading **within fourteen (14) days** after its filing. See Rule 5, 28 U.S.C. foll. § 2254; and

6. A determination as to whether Petitioner shall be produced for a hearing will be held in abeyance pending the filing of Respondent's answer or other pleading.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania